USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :         **ORDER**
v.                                 :
                                   :         24 CR 62 (VB)
WILLIAM REESE,                     :
                        Defendant. :
--------------------------------------------------------------x

For the reasons stated on the record at a conference held today, it is HEREBY

ORDERED that defendant's motion to dismiss the indictment (Doc. #18) is DENIED.

Dated:  June 14, 2024
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge