# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/24

September 20, 2024

**By ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RECEIVED
SEP 20 2024
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

　　　　Re: <u>United States v. William Reese</u>
　　　　　　24-Cr-62

Dear Judge Briccetti:

　　　　The Federal Defenders withdrew as counsel for Mr. Reese on September 19, 2024. We request that the Court terminate Elizabeth Quinn and Michael Arthus as counsel on the docket.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Michael Arthus
　　　　　　　　　　　　　　　　　　Elizabeth Quinn
　　　　　　　　　　　　　　　　　　Assistant Federal Defenders
　　　　　　　　　　　　　　　　　　212-417-8760

cc. (by ECF): AUSA Ben Arad



APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/20/24
　　　　White Plains, NY

The appearances of Ms. Quinn and Mr Arthus shall be terminated on the docket.